```
 1  SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
 6      Telephone: (415) 436-6915
        FAX: (415) 436-6927
 7

 8  Attorneys for Defendants
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| QIAN XIAO,<br><br>            Plaintiff,<br><br>            v.<br><br>EMILIO T. GONZALEZ, Director of<br>the U.S. Citizenship and Immigration Services;<br>ALBERTO R. GONZALES, as Attorney General,<br>of the United States;<br>MICHAEL CHERTOFF, in his Official Capacity,<br>Secretary, United States Department of Homeland<br>Security;<br><br>            Defendants. | No. C 07-1917 PVT<br><br>**STIPULATION TO DISMISS AND [PROPOSED] ORDER** |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

Stipulation to Dismiss
C07-1917 PVT                                              1

| | | |
|---|---|---|
| 1 | Date: June 27, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| | | |
| | | /s/ |
| 5 | | EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| | | |
| | | /s/ |
| 8 | Date: June __28__, 2007 | DANIEL T. HUANG<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  7/12/07

/s/ Patricia V. Trumbull
PATRICIA V. TRUMBULL
United States Magistrate Judge

Stipulation to Dismiss
C07-1917 PVT                                              2